**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6668**

———————

STANTON MAURICE HOFFMAN,

                              Petitioner - Appellant,

        versus

ATTORNEY GENERAL OF NORTH CAROLINA; FRANKLIN
FREEMAN; RONALD E. JONES,

                              Respondents - Appellees.

———————

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Winston-Salem.  Frank W. Bullock, Jr.,
Chief District Judge.  (CA-97-110)

———————

Submitted:  January 15, 1998      Decided:  January 27, 1998

———————

Before MURNAGHAN and LUTTIG, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Stanton Maurice Hoffman, Appellant Pro Se.  Clarence Joe DelForge,
III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh,
North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Hoffman v. Attorney General of North Carolina, No. CA-97-110 (M.D.N.C. May 2, 1997). See Lindh v. Murphy, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2